UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Sunset Aviation, LLC,

                             Plaintiff(s),

                               **O R D E R**

                -against –

                               7:19-CV-09379 (CS)

Dooley,

                             Defendant(s).
------------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: January 31, 2020

      White Plains, New York

                                          _____
                                          CATHY SEIBEL, U.S.D.J.